# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0473.  TIMOTHY DENVER GUMM v. THE STATE.**

In 1994, Timothy Denver Gumm was convicted of several crimes, including rape. The trial court denied his motion for new trial and we affirmed in an unpublished opinion. See *Gumm v. State*, Case No. A95A1270 (decided Sept. 1, 1995). In 2012, Gumm filed an extraordinary motion for post-conviction DNA testing and for a new trial. After the trial court denied his motion, Gumm filed this direct appeal. We lack jurisdiction.

When a defendant's request for DNA testing is made as part of an extraordinary motion for new trial, the trial court's denial of that request is subject to discretionary appellate review. See *Crawford v. State*, 278 Ga. 95, 96 (1) (597 SE2d 403) (2004); compare *State v. Clark*, 273 Ga. App. 411, 413-415 (1) (615 SE2d 143) (2005) (state may appeal directly from the trial court's order granting the defendant's motion for DNA testing, because that motion was not made as part of an extraordinary motion for new trial). Here, as in *Crawford*, Gumm's motion sought both DNA testing and a new trial. Accordingly, he was required to follow the discretionary appeal procedures to obtain appellate review of the trial court's order denying his motion. *Crawford*, supra. His failure to follow such procedures deprives us of jurisdiction to review this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/09/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*